STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER (Cal. Bar No. 222875)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3172
    Facsimile: (213) 894-7177
    E-mail:   Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>      v.<br><br>$755,891.64 IN FUNDS,<br><br>        Defendant. | No. CV 14-09876-RGK (SSx)<br><br>[~~PROPOSED~~]<br><br>**DEFAULT JUDGMENT OF FORFEITURE**<br><br>Hearing Date: June 1, 2015<br>Hearing Time: 9:00 a.m.<br>Courtroom:   850<br>The Honorable R. Gary Klausner |

    This action arose from the Verified Complaint for Forfeiture ("Complaint") filed herein on December 29, 2014.  Notice of this action has been given in the manner required by law.  Fidelis Negbenebor, Sophia Negbenebor, Bridget Negbenebor, Candice Negbenebor, David Lerner and Associates, Inc., nor any other potential claimant has appeared by filing a Statement identifying his rights or interests with this Court.  Further, Fidelis Negbenebor,

1  Sophia Negbenebor, Bridget Negbenebor, Candice Negbenebor, David
2  Lerner and Associates, Inc., nor any other potential claimant has
3  filed an Answer to the Complaint or otherwise defended its interest,
4  if any, in the defendant $755,891.64 in Funds ("defendant funds").
5  Therefore, the Court deems that potential claimants Fidelis
6  Negbenebor, Sophia Negbenebor, Bridget Negbenebor, Candice
7  Negbenebor, David Lerner and Associates, Inc. and all other potential
8  claimants admit the allegations of the Complaint to be true.
9      ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that all right,
10 title, and interest of potential claimants Fidelis Negbenebor, Sophia
11 Negbenebor, Bridget Negbenebor, Candice Negbenebor, David Lerner and
12 Associates, Inc., and all other potential claimants in and to the
13 defendant funds is condemned and forfeited to the United States of
14 America.
15 DATED: June 01, 2015_____ *Gary Klausner*
16 _____
                                    THE HONORABLE R. GARY KLAUSNER
                                    UNITED STATES DISTRICT JUDGE
17
18 Presented by:
19 STEPHANIE YONEKURA
   Acting United States Attorney
20 ROBERT E. DUGDALE
   Assistant United States Attorney
21 Chief, Criminal Division
   STEVEN R. WELK
22 Assistant United States Attorney
   Chief, Asset Forfeiture Section
23
24      /s/
   _____
   KATHARINE SCHONBACHLER
25 Assistant United States Attorney
26 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
27
28